# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEREMIE BROOKS,
ADC #660149                                                                                                PLAINTIFF

v.                                          3:17CV00055-DPM-JTK

SUSAN COX, et al.                                                                                      DEFENDANTS

## ORDER

Plaintiff Brooks has submitted an Amended Complaint (Doc. No. 4) pursuant to the Court's March 31, 2017 Order (Doc. No. 3). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's claims against Defendant Steve Rorex. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant Steve Rorex. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 4) and summons on Defendant Rorex without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 8th day of May, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).