# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEREMIE BROOKS
ADC #660149                                                                    PLAINTIFF

v.                               No. 3:17-cv-55-DPM-JTK

SUSAN COX, Part-time Nurse, Poinsett
County Detention Center; BECKY HICKS,
Captain, PCDC; KIM MUSE, Assistant Jail
Administrator, PCDC; POINSETT COUNTY
DETENTION CENTER; DOES, PCDC
Administration, Jailers/Staff, and Medical
Employees; and STEVE ROREX, Jail
Administrator, PCDC                                                          DEFENDANTS

## ORDER

Unopposed recommendation, № 7, adopted as modified. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Brooks's claims against Cox, Muse, and the Doe defendants are dismissed without prejudice for failure to state a claim. And his claim against the Poinsett County Detention Center is dismissed with prejudice.

The modification: Liberally construing Brooks's complaint, he's stated a deliberate indifference claim against Captain Hicks — even though he failed to list her in the appropriate section of the § 1983 complaint form. That claim therefore survives screening too.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2017