# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEREMIE BROOKS,
ADC #660149                                                                                    PLAINTIFF

v.                                          3:17CV00055-DPM-JTK

SUSAN COX, et al.                                                                          DEFENDANTS

## ORDER

The Court has determined that service is appropriate with respect to Plaintiff's deliberate indifference claim against Defendant Becky Hicks (Doc. No 12). Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant Becky Hicks. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Complaint (Doc. No. 2) and summons on Defendant Hicks without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 29th day of June, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE