# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEREMIE BROOKS,                                                                             PLAINTIFF
ADC #660149

v.                        3:17CV00055-DPM-JTK

SUSAN COX, et al.                                                        DEFENDANTS

## **ORDER**

Plaintiff shall respond to Defendants' Motion to Dismiss (Doc. No. 22) within fifteen days of the date of this Order. Failure to respond shall result in the dismissal without prejudice of Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

Defendants' request to extend time to file a Summary Judgment Motion, pending resolution of their Motion to Dismiss (Doc. No. 22) is GRANTED. The Court will set a new dispositive motions deadline following resolution of the Motion to Dismiss.

IT IS SO ORDERED this 26th day of February, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE