# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEREMIE BROOKS
ADC #660149                                                                PLAINTIFF

v.                      No. 3:17-cv-55-DPM-JTK

BECKY HICKS, Captain, Poinsett
County Detention Center; and
STEVE ROREX, Jail Administrator, PCDC                                     DEFENDANTS

## ORDER

Brooks hasn't responded to the recommendation; his mail is still being returned undelivered. № 28. Unopposed recommendation, № 27, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, № 22-1, granted. Brooks's remaining claims will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 April 2018