# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**JEREMIE BROOKS**
**ADC #660149**                                                                    **PLAINTIFF**

v.                                    No. 3:17-cv-55-DPM

**SUSAN COX, Part-time Nurse, Poinsett
County Detention Center; BECKY HICKS,
Captain, PCDC; KIM MUSE, Assistant Jail
Administrator, PCDC; POINSETT COUNTY
DETENTION CENTER; DOES, PCDC
Administration, Jailers/Staff, and Medical
Employees; and STEVEROREX, Jail
Administrator, PCDC**                                              **DEFENDANTS**

## JUDGMENT

Brooks's claim against the Poinsett County Detention Center is dismissed with prejudice. All other claims are dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

4 April 2018